# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSHUA NATHAN LOWE | ) | Case No. __1:26-MJ-179__ |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____May 7th 2026____ in the city/county of ____Alexandria____ in the ____Eastern____ District of ____Virginia____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 661 | Stealing Personal Property within the Territorial Jurisdiction of the United States |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Jordan Harvey/SAUSA Tom Kersey
_____
*Printed name and title*

*Complainant's signature*

Louis Bouzon, Special Agent, PFPA
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone
_____ *(specify reliable electronic means)*.

Date: __05/20/2026__

*Judge's signature*

City and state: __Alexandria, VA__

The Hon. William E. Fitzpatrick, U.S. Magistrate Judge
_____
*Printed name and title*